CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

2015 FEB 11 PM 1:46

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1-15CR-006-P |
| ALICE BAIZA | |

# INDICTMENT

The Grand Jury Charges:

### Count One
### False Statements and Aiding and Abetting
### (Violation of 18 U.S.C. § 1001 and 18 U.S.C. § 2)

On or about May 2, 2013, in the Abilene Division of the Northern District of Texas, in a matter within the jurisdiction of an agency of the United States, the United States Department of Justice, and during the course of a criminal investigation regarding the smuggling of contraband to inmates at a correctional facility, the Big Spring Correctional Center (BSCC), a correctional facility under contract with the GEO Group, Inc., in which persons are held in custody by direction of and pursuant to a contract with the head of a Federal agency, the United States Department of Justice, defendant **Alice Baiza (Baiza),** being a public official, that is, a Correctional Officer at the BSCC, did knowingly, willfully, and unlawfully, make and cause to be made false, fictitious, and fraudulent statements and representations as to material facts to Department of Justice, Office of the Inspector General, Special Agent La Don Moten and to BSCC Special

Indictment *(Alice Baiza)* - Page 1

Investigative Supervisor Michael DePorto by stating to them that she had not smuggled contraband to inmates in the BSCC, when in truth and in fact, as **Baiza** knew, said statement was false in that she did smuggle contraband to inmates in the BSCC.

In violation of Title 18, United States Code, Section 1001 and Title 18, United States Code, Section 2.

A TRUE BILL

*[signature]*
FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

*[signature]*
PAULINA M. JACOBO
Assistant United States Attorney
Texas State Bar No. 10516700
1205 Texas Avenue, Suite 700
Lubbock, Texas  79401
Telephone:   806.472.7351
Facsimile:   806.472.7394
Email:       paulina.jacobo@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

THE UNITED STATES OF AMERICA

v.

ALICE BAIZA

INDICTMENT

COUNT 1:   18 U.S.C. § 1001 and 18 U.S.C. § 2
False Statements and Aiding and Abetting

(1 COUNT)

A true bill rendered:

Lubbock                                           _____ Foreperson

Filed in open court this 11th day of February, A.D. 2015.

_____ Clerk

Summons to Issue

_____
UNITED STATES MAGISTRATE JUDGE